Opinion filed May 10, 2007















 
 
  
 
 







 
 
  
 
 




Opinion filed May 10, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00293-CR 

                                                    __________

 

                           DARRELL DEWAYNE MELTON, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 266th District Court

                                                           Erath
 County, Texas

                                                 Trial Court Cause No. CR12432

 



 

                                                                   O
P I N I O N

Darrell
Dewayne Melton has filed in this court a motion to dismiss his appeal.  Attached to the motion is a copy of a letter
in which appellant accepts in writing a plea bargain agreement from the State
that includes as a condition the waiver of this appeal.

The
motion is granted, and the appeal is dismissed.

 

May 10, 2007                                                                                      PER
CURIAM

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange,
J.